JUBILEE LEGAL
Daniel "Sparky" Abraham, SBN 299193
300 E. Esplanade Dr., 9th Floor
Oxnard, CA 93036
Telephone: (805) 946-0386
Facsimile: (805) 620-7834
sparky@jubilee.legal

Scott C. Borison, SBN 289456
1900 S. Norfolk St. Suite 350
San Mateo, CA 94403
Telephone: (301) 620-1016
Scott@BorisonFirm.com

Attorneys for Plaintiff HELEN PALMA and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN PALMA,<br><br>        Plaintiff, on behalf of herself and all others similarly situated,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, and ROES 1-10,<br><br>        Defendants.<br>_____ | **Case No.** 3:24-cv-02618-JD<br><br>**JOINT STATUS REPORT PURSUANT TO ORDER RE ABRITRATION AND STAY**<br><br>Complaint Filed: February 2, 2024<br>Amended Complaint Filed: March 26, 2024<br>Amended Complaint Served: April 3, 2024<br>Trial Date: None |

Pursuant to the Court's Order dated December 12, 2024, the parties submit this Joint Status Report to update the Court on the status of the case and the arbitration.

## I.      Background

Plaintiff brought this putative class action for public injunctive relief and for damages for violations of the Truth In Lending Act, 15 U.S.C. § 1601 *et seq.*, the California Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq.*, conversion, California Penal Code § 496, and the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200.

On December 12, 2024, the Court ordered the matter to arbitration and stayed the case. The Court directed that the parties file joint status reports every 90 days beginning on March 14, 2025.

## II.     Current Status

Plaintiff has initiated arbitration of this matter with JAMS. The parties have agreed to use Hon. Wayne D. Brazil (ret.), pending his availability, to arbitrate this matter. At this time, no schedule has been set for the arbitration.

Dated this 14th of March, 2025

| JUBILEE LEGAL | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Sparky Abraham* <br> Daniel "Sparky" Abraham, SBN 299193 <br> 300 E. Esplanade Dr., 9th Floor <br> Oxnard, CA 93036 <br> Telephone: (805) 946-0386 <br> Facsimile: (805) 620-7834 <br> sparky@jubilee.legal <br><br> Scott C. Borison, SBN 289456 <br> 1900 S. Norfolk St. Suite 350 <br> San Mateo, CA 94403 <br> Telephone: (301) 620-1016 <br> Scott@BorisonFirm.com <br><br> *Attorneys for Plaintiff Helen Palma* | By: */s/ Kelly Dove* <br> Amy F. Sorenson, Bar. No. 191050 <br> asorenson@swlaw.com <br> Kelly H. Dove, (appearance *pro hac vice*) <br> kdove@swlaw.com <br> Aliya L. Astaphan, Bar No. 340162 <br> aastaphan@swlaw.com <br> 12230 El Camino Real, Suite 300 <br> San Diego, California  92130 <br><br> *Attorneys for Defendant* <br> *Wells Fargo Bank, National Association* |